MARIE NELSON et al., Appellants, *v.* SALEM DANISH LUTHERAN CHURCH, Respondent.

Argued January 16, 1947; decided February 27, 1947.

*Herbert L. Fine* and *Samuel Douglas* for appellants.

*Charles E. Howell, Constantine Regusis* and *William E. Low-ther* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.